NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

August 29, 2012
**ERRATA**

---

**HERBERT CARL HEINTZ,**
*Appellant,*

v.

**COMMISSIONER OF INTERNAL REVENUE,**
*Appellee.*

---

2012-1465

---

Decided: August 14, 2012
Nonprecedential Order

---

Please make the following change:

Page 1.

Change "Appeal from the United States Tax Court in case no. 2768-11L, Judge Diane L. Kroupa" to "Appeal from the United States Tax Court in case no. 2769-11L, Judge Diane L. Kroupa".